Your Honor, Jonathan Ledsky on behalf of QuickClick Loans, LLC. As a preliminary matter, I represent the appellant, QuickClick Loans, LLC. As a preliminary matter, I wasn't the person who was supposed to do this oral argument this morning, and the person who was supposed to do it was supposed to fly in from Philadelphia yesterday. He was on an early morning flight. Many flights never made it here. I contacted my opponent. What I'd like to do is just reschedule the hearing, if I could, to a time where at least I could be fully prepared to go forward, if Mr. Ledsky would be so kind as to allow me to do so. Where is he now? He's in Philadelphia. He never made it last night. I know it's a delay, and I apologize. Literally the minute I heard about it. Was his flight canceled? It was. And he was trying to get on multiple flights to get here. Did you discuss it with Mr. Ledsky? I did. I called Mr. Edelman's firm yesterday and spoke to Mr. Sewell. I also got on the phone. I was dialing phone numbers. Somebody at the clerk's office did something that I've criticized them for. Don't ever pick up a phone. Nothing good can come of it. She was quite friendly and helpful. Oh, yes, she was. And she, as a matter of fact, also notified the three of us. What's your position? We're not opposed to this attack. We've had it a couple of times in 36 years. You're an easygoing guy. You'll hear from us. Can I comment on your civility, gentlemen? Thank you. Thank you. And I'd like to also say what a nice gesture it is that my opponent has agreed to this as well. We need more of this in the law. Thank you. You'll hear from us, folks. Thank you. And we will be adjourned.